UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20495-WILLIAMS/MACALILEY

UNITED STATES OF AMERICA,

v.

MICHAEL J. VAN NOSTRAND and STRICTLY
REPTILES, INC.,

    *Defendant(s).*
_____/

## NOTICE OF APPEARANCE

Jeffrey E. Marcus, Esq. hereby enters his appearance as counsel on behalf of Defendants Michael J. van Nostrand and Strictly Reptiles, Inc. in the above-captioned matter, and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Date: October 4, 2021

    Respectfully submitted,

    /s/ Jeffrey E. Marcus
    Jeffrey E. Marcus
    Fla Bar No. 310890

    **MARCUS NEIMAN RASHBAUM &
    PINEIRO LLP**
    2 South Biscayne Boulevard, Suite 2530
    Miami, Florida 33131
    Telephone: (305) 400-4260
    jmarcus@mnrlawfirm.com

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

                By:    <u>/s/ Jeffrey E. Marcus</u>
                         Jeffrey E. Marcus