**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-20495-WILLIAMS/MACALILEY**

UNITED STATES OF AMERICA,

v.

MICHAEL J. VAN NOSTRAND and STRICTLY
REPTILES, INC.,

    *Defendant(s).*
_____/

**NOTICE OF APPEARANCE**

Brandon S. Floch, Esq. hereby enters his appearance as counsel on behalf of Defendants Michael J. van Nostrand and Strictly Reptiles, Inc. in the above-captioned matter, and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Date: October 4, 2021

                                                  Respectfully submitted,

                                                  /s/ Brandon S. Floch, Esq.
                                                  Brandon S. Floch
                                                  Fla Bar No. 125218

                                                **MARCUS NEIMAN RASHBAUM &**
                                                **PINEIRO LLP**
                                                2 South Biscayne Boulevard, Suite 2530
                                                Miami, Florida 33131
                                                Telephone: (305) 400-4260
                                                bfloch@mnrlawfirm.com

                                                *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

/s/ Brandon S. Floch, Esq.
Brandon S. Floch