# MINUTE ORDER

Page 1

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 9TH Floor       Date: 10/5/2021    Time: 2:00 p.m.

Defendant: 1) MICHAEL VAN NOSTRAND    J#: 31169-004    Case #: 21-CR-20495-WILLIAMS

AUSA: Thomas Watts-Fitzgerald    Attorney: JEFFREY MARCUS AND BRANDON FLOCH (RETAINED)

Violation: CONSPIRACY TO TRAFFIC ILLEGAL WILDLIFE IN INTERSTATE/FOREIGN COMMERCE    Surr/Arrest Date: 10/5/2021    YOB: 1966

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:     Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] ~~Random urine testing by Pretrial Services~~ waived
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [x] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms — Surrender & any concealed weapons permit
- [x] Not to encumber property
- [ ] May not visit transportation establishments — paperwork due on 48 hours
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [x] Other: Refrain from exporting the named wildlife

Language: English

Disposition:
- Deft consented to proceed by VTC.
- Deft advised of his rights & charges
- Deft sworn
- Deft waived indictment
- Reading of Indictment Waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order Requested
- (Released)
- $50,000 PSB (STIP) co-signed by wife
- overseas (bar him & his company) during the pendency of this case.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:02:25    Time in Court: 35 minutes

s/Lisette Marie Reid                           Magistrate Judge