**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL VAN NOSTRAND, et al.,

        Defendants.

_____/

**<u>DEFENDANT MICHAEL VAN NOSTRAND'S UNOPPOSED MOTION TO TRAVEL</u>**

        Defendant Michael Van Nostrand files this Unopposed Motion to Travel and respectfully requests that the Court permit him to travel to Helen, Georgia from October 14, 2021 through October 17, 2021 for the purpose of attending his high school reunion. In support of this motion, Mr. Van Nostrand states:

        1.      On September 30, 2021, the Government filed an information against Mr. Van Nostrand charging him with a single count of violating 18 U.S.C. § 371 for conspiring to unlawfully sell turtles in violation of the laws and regulations of the United States. *See* D.E. 1.

        2.      On October 5, 2021, Mr. Van Nostrand made his initial appearance before Magistrate Judge Lisette Reid. *See* D.E. 4. On the same day, Mr. Van Nostrand was released on a $50,000 personal surety bond. *Id.*; *see also* D.E. 7. As a standard condition of the bond, Mr. Van Nostrand "[m]ay not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel." D.E. 7 at p. 1.

3. Mr. Van Nostrand requests approval from the Court to travel to Helen, Georgia from October 14, 2021 through October 17, 2021 for the purpose of attending a previously-scheduled high school reunion.

4. Mr. Van Nostrand's counsel discussed this request with Assistant United States Attorney Thomas Watts-Fitzgerald, who is not opposed to the request. Mr. Van Nostrand also contacted his probation officer to obtain his position on the request; the probation officer likewise is not opposed to the request.

5. A proposed order granting this motion is attached as Exhibit A.

For the reasons provided above, Mr. Van Nostrand respectfully requests that the Court grant this Unopposed Motion to Travel and permit him to travel to Helen, Georgia from October 14, 2021 to October 17, 2021 for the purpose of attending a high school reunion.

Dated: October 8, 2021

Respectfully submitted,

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Brandon S. Floch, Esq.
Florida Bar No. 125218
bfloch@mnrlawfirm.com

*Attorneys for Mr. Van Nostrand*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on October 8, 2021 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus