## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.   21-20495-CR-WILLIAMS

**UNITED STATES OF AMERICA**

**v.**

**MICAHEL VAN NOSTRAND**
**and**
**STRICTLY REPTILES, INC.,**

**Defendants.**
_____/

### JOINT FACTUAL STATEMENT

If this matter were to proceed to trial the United States Attorney's Office for the Southern District of Florida, **MICAHEL VAN NOSTRAND,** and **STRICTLY REPTILES, INC.,** (SRI) (hereinafter referred to as the "defendants"), agree that by videos, sound recordings, photographs, documentary evidence, and the testimony of witnesses, the United States would establish the following beyond a reasonable doubt:

1.      At the relevant times, defendant **MICAHEL VAN NOSTRAND,** was President, and co-owner of **STRICTLY REPTILES, INC.,** a corporation organized under the laws of the State of Florida with its principal place of business at 6450 Stirling Road in Hollywood, Florida, which was engaged in the domestic and international wholesale trade of wildlife, including Florida-origin fresh-water turtles.

2.      The Lacey Act made it unlawful for any person to make or submit any false record, account, or label for, or any false identification of any wildlife, including reptiles and any part,

1

product, egg, or offspring thereof, which has been, or is intended to be, exported, transported, sold, or purchased or transported in interstate or foreign commerce.   16 U.S.C. § 3372(d)(1), (2).

3.      The Lacey Act also made it "unlawful for any person – (2) to . . . export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce – (A) any . . . wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State . . .", or attempt to do so.  *See* 16 U.S.C. § 3372(a)(2)(A), 3372(a)(4).

4.      Regulations required that an exporter of wildlife complete a "Declaration for Importation or Exportation of Fish or Wildlife" (USFWS Form 3-177) and submit it to the United States Fish & Wildlife Service (USFWS) prior to the exportation of wildlife.   The form requires that among other information, each species of wildlife be listed along with their respective scientific name, the quantity of animals by species, the source of the wildlife to be exported (whether "wild-caught" or "captive-bred"), and the monetary values of the wildlife by species. The form includes a certification by the exporter/exporter's agent attesting to the truth and completeness of the form.  *See* 50 C.F.R. §§ 14.61, 14.63.

5.      Under Title 18, United States Code, Section 554, it is an offense against the United States to fraudulently or knowingly export or attempt to export any merchandise, object, or article contrary to any law or regulation of the United States.

6.      Florida Administrative Code 68A-25.002, "General Provisions for Taking, Possession and Sale of Reptiles" provided in Section "(6) Turtles," Subsection "(c) Sale – No person shall buy, sell, or possess for sale turtles, their eggs or parts thereof, that have been taken from the wild."

7.      Three-stripe mud turtles (*Kinosternon baurii*), Florida mud turtles (*Kinosternon subrubrum steindachneri*), musk turtles (*Sternotherus odoratus*), soft-shell turtles (*Apalone ferox*), and chicken turtles (*Deirochelys reticularia*) are all species of fresh-water turtles subject to the provisions of Florida Administrative Code 68A-25.002.

8.      From in or around April 2017 through in or around February 2019, at the business premises of SRI, **MICHAEL J. VAN NOSTRAND** and **STRICTLY REPTILES, INC.** knowingly and willfully made commercial purchases of Florida-origin fresh-water turtles that had been taken from the wild by collectors, including at various times, three-stripe mud turtles, Florida mud turtles, musk turtles, soft-shell turtles, and chicken turtles.

9.      After purchasing the turtles by business check drawn on the accounts of SRI, **STRICTLY REPTILES, INC., MICHAEL J. VAN NOSTRAND,** and other coconspirators, using instrumentalities of interstate and foreign commerce, would market, sell, and ship the illegally acquired turtles to both interstate and foreign customers, including purchasers in Louisiana, California, Japan, and China.

10.      To conceal the illegal origin of the turtles, USFWS Forms 3-177 were prepared for each of the international shipments which contained an "origin code" falsely attesting that the turtles were captive bred and not wild-caught.

11.      The specific details of the involvement of **MICHAEL J. VAN NOSTRAND, STRICTLY REPTILES, INC.,** and coconspirators acting in furtherance of the conspiracy are set forth in the **Overt Acts** – Paragraphs 1 through 30 of the pending Information, which the parties incorporate by reference, as if fully set forth herein.

3

12.     The parties further agree that the readily provable market value of the approximately 3,475 turtles illegally acquired and shipped in interstate and foreign commerce as part of the relevant conduct in this matter, was approximately $245,000.

**Conclusion**

Based upon the foregoing, the parties respectfully submit that a reasonable jury would find **MICAHEL VAN NOSTRAND,** and **STRICTLY REPTILES, INC** were each guilty beyond a reasonable doubt of the offense charged in Count 1 of the Information filed against them, which count charges the defendants willfully and knowingly, with the intent to further the objects of the conspiracy, combined, conspired, confederated, and agreed with others known and unknown to the United States Attorney's Office, to commit offenses against the United States, that is, to knowingly export wildlife, specifically various species of wild-caught turtles, knowing that said wildlife, were taken, possessed, transported and sold in violation of the laws and regulations of the United States, that is, Title 16, United States Code, Sections 3372(a)(1), 3372(d), 3373(d)(1)(A) and (B), and Title 18, United States Code, Section 554, all in violation of Title 18, United States Code, Section 371.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:     _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538

4

**Reviewed and agreed to:**

For defendant **MICAHEL VAN NOSTRAND:**

Date: ___11/3/21___                    _____
                                       JEFFREY MARCUS, ESQ.
                                       ATTORNEY FOR DEFENDANT
                                       MICHAEL VAN NOSTRAND

Date: ___11/3/21___                    _____
                                       MICHAEL VAN NOSTRAND,
                                       DEFENDANT


For defendant **STRICTLY REPTILES, INC:**

Date: ___11/3/21___                    _____
                                       JEFFREY MARCUS, ESQ.
                                       ATTORNEY FOR DEFENDANT
                                       STRICTLY REPTILES, INC.

Date: ___11/3/21___                    _____
                                       MICHAEL VAN NOSTRAND,
                                       PRESIDENT, STRICRTLY REPTILES,
                                       INC.