UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL VAN NOSTRAND and
STRICTLY REPTILES, INC.,

       Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendants Michael Van Nostrand and Strictly Reptiles, Inc., by and through undersigned counsel, respectfully move this Court for a thirty-day continuance of their sentencing, and state:

1. On September 30, 2021, the government filed an Information against Mr. Van Nostrand and his wholly owned corporation, Strictly Reptiles, Inc., charging them with a single count of conspiracy to unlawfully sell turtles in violation of 18 U.S.C. § 371.  D.E. 1.  Mr. Van Nostrand and Strictly Reptiles subsequently pleaded guilty to the Information, and sentencing was scheduled for February 2, 2022.  D.E. 14.

2. With sentencing now just fifteen days away, Defendants have yet to receive their respective Presentence Investigation Reports. The Reports were due to be disclosed on December 29, 2021. The Undersigned has conferred with the U.S. Probation Officer and understands that the Office is working to complete the Reports but has experienced delays due to COVID disruptions and other staffing issues.

3. Beyond that, Mr. Van Nostrand – who lost one of his kidneys in 2015 to renal cell carcinoma – was discovered to have a renal oncocytoma in his remaining kidney that is increasing in size and that his doctor has described as "concerning for malignancy." His doctor has advised that Mr. Van Nostrand must undergo surgical ablation of the oncocytoma in the near term, although his surgery may be delayed in the short term due to the current COVID landscape.

4. A thirty-day continuance of sentencing will allow Defendants sufficient time to receive and, if necessary, object to the Presentence Investigation Report, and is likely to provide Mr. Van Nostrand with more clarity on the nature of his health issues and what he can expect in terms of prognosis and treatment.

5. Undersigned counsel has discussed this request with counsel for the government, who has no objection.

6. Accordingly, Defendants Michael van Nostrand and Strictly Reptiles respectfully request that the Court grant their Motion to Continue Sentencing for thirty days. Counsel for the government is unavailable on Friday, March 4, 2022.

Respectfully submitted,

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com
Kathryn A. Meyers, Esq.
Fla. Bar No. 0711152
kmeyers@mnrlawfirm.com

*Attorneys for Mr. Van Nostrand*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on January 18, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus
