UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL VAN NOSTRAND and
STRICTLY REPTILES, INC.,

        Defendants.
_____/

## DEFENDANTS' SECOND MOTION TO CONTINUE SENTENCING

Defendants Michael Van Nostrand and Strictly Reptiles, Inc., by and through undersigned counsel, respectfully move this Court for a second continuance of their sentencing, and state:

1. On September 30, 2021, the government filed an Information against Mr. Van Nostrand and his wholly-owned corporation, Strictly Reptiles, Inc., charging them with a single count of conspiracy to unlawfully sell turtles in violation of 18 U.S.C. § 371. D.E. 1. Mr. Van Nostrand and Strictly Reptiles subsequently pleaded guilty to the Information, and sentencing was scheduled for February 2, 2022. D.E. 14.

2. On January 18, 2022, Defendants filed an Unopposed Motion to Continue Sentencing, based in part on the recent discovery of a renal oncocytoma on Mr. Van Nostrand's remaining kidney. D.E. 19. In it, we advised that Mr. Van Nostrand would need to undergo surgical ablation in the near term and suggested that a thirty-day continuance might afford more clarity as to Mr. Van Nostrand's health issues and expected course of treatment. This Court granted Mr. Van Nostrand's Motion and re-set sentencing for March 3, 2022. D.E. 20.

3. Since then, Mr. Van Nostrand has consulted with the interventional radiologist who will be performing the ablation surgery, and his surgery has been scheduled for February 28, 2022. Mr. Van Nostrand will remain hospitalized through March 1, 2022, and his recovery period may span several more days. Mr. Van Nostrand is scheduled for a post-operative follow-up appointment with his doctor on March 9, 2022, at which point he will learn what will be required in terms of ongoing treatment and monitoring.

4. Mr. Van Nostrand's health issues – and the nature and extent of any follow-up care – are likely to impact defense counsel's presentation at sentencing and related sentencing submissions. Accordingly, we respectfully request an additional 28-day continuance of sentencing, until March 31, 2022.[1]

5. Undersigned counsel has discussed this request with counsel for the government and the government has no opposition.

6. Accordingly, Defendants Michael van Nostrand and Strictly Reptiles respectfully request that the Court grant their Motion to Continue Sentencing for 28 days.

Respectfully submitted,

**MARCUS NEIMAN**
**RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com
Kathryn A. Meyers, Esq.
Fla. Bar No. 0711152
kmeyers@mnrlawfirm.com

---

[1] Undersigned counsel is unavailable the week of March 21-28 for a prepaid family vacation out of the country.

*Attorney for Mr. Van Nostrand*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on February 18, 2022, via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus