**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL VAN NOSTRAND and
STRICTLY REPTILES, INC.,

       Defendants.

_____/

**NOTICE OF FILING EXHIBIT**

    **PLEASE TAKE NOTICE** that Defendant Michael Van Nostrand, by and through undersigned counsel, hereby files Exhibit A to the Notice of State Court Misdemeanor Case by Michael J. Van Nostrand [DE 27].

Dated: March 22, 2022                      Respectfully submitted,

                                                       **MARCUS NEIMAN
RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Jeffrey E. Marcus*
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Brandon S. Floch, Esq.
Florida Bar No. 125218
bfloch@mnrlawfirm.com

*Attorneys for Mr. Van Nostrand*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on March 22, 2022via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus
