Filing # 145452632 E-Filed 03/10/2022 11:55:37 AM

# RESOURCE CITATION

**NUMBER:** 255344C

**COURT COPY** — Page 1 of 2

| Field | Value |
|---|---|
| COUNTY OF | BROWARD (6) |
| CITY OF (IF APPLICABLE) | HOLLYWOOD (44) |
| AGENCY | FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION |
| LATITUDE | N 26 2.7493 |
| LONGITUDE | W 80 13.1713 |
| AGENCY CASE NO | FWC22ON0004246 |
| COURT CASE NUMBER | |
| DAY OF WEEK | WEDNESDAY |
| MONTH | JANUARY |
| DAY | 26 |
| YEAR | 2022 |
| TIME OF DAY | 11:51 A.M. [X] |
| LOCATION OF OCCURRENCE | 6450 STIRLING RD. HOLLYWOOD FL. 33024 |
| LOCATION DESCRIPTION | BUSINESS |

## PERSON(S) — DEFENDANT

| Field | Value |
|---|---|
| NAME (FIRST) | MICHAEL |
| NAME (LAST) | VAN NOSTRAND |
| DATE OF BIRTH & AGE | 12/19/1966  55 |
| JUV | NO |
| R | W |
| S | M |
| HGT | 511 |
| ID NUMBER | V523-550-66-459-0 |
| STATE | FL |
| STREET | 6450 STIRLING RD. |
| CITY | HOLLYWOOD |
| STATE | FL |
| ZIP CODE | 33024 |
| TELEPHONE NUMBER | 954-868-0661 |
| LOCATION OF ARREST | DIRECT FILE |

## BUSINESS(ES)

| Field | Value |
|---|---|
| NAME | STRICTLY REPTILES INC. |
| STREET | 6450 StreetDiretion: STIRLING RD., |
| CITY | HOLLYWOOD |
| STATE | FL |
| ZIP CODE | 33024 |

## CHARGE(S)

| Field | Value |
|---|---|
| IN VIOLATION OF A | ADMINISTRATIVE CODE |
| VIOLATION | 379.4015(2)(a) |
| VIOLATION LEVEL | ADMINISTRATIVE CODE |
| VIOLATION DESCRIPTION | VIOLATION OF FLORIDA ADMINSISTRATIVE CODES PERTAINING TO WILDLIFE AS PERSONAL PETS - TRANSFER OF WILDLIFE AND RECORD KEEPING |
| OTHER DESCRIPTION | F/MM/1031429/02242022 |
| ADMINISTRATIVE CODE | 68A-6.008(2) IT SHALL BE UNLAWFUL FOR ANY PERSON TO BUY, SELL, OR TRANSFER ANY WILDLIFE TO OR FROM AN UNPERMITTED ENTITY WITHIN FLORIDA |

## NARRATIVE(S)

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the named Defendant, Michael Van Nostrand, on Tuesday, the 09 day of November, 2021, committed the above violation(s), of law.

**NARRATIVE DATE / NARRATIVE TIME:** 01/26/2022 11:51 AM

**NARRATIVE DESCRIPTION (IF SUPPLEMENTAL):** The following violation of law was committed:

On 11/9/2021, Michael Van Nostrand, owner of Strictly Reptiles Inc. sold (4) prohibited reptiles to an unlicensed facility in Jacksonville Florida. See attached report: ISR099598 for a DIRECT FILE.

---

**OFFICER NAME:** OFC. E. HOWELL
**ID NO:** WM666
**RANK:** INVESTIGAT
**ORGANIZATION / UNIT:** FWCS\SO REGION A\PALM BEACH
**OFFICER'S SIGNATURE:** /INV. E Howell/

Sworn and subscribed before me, the undersigned authority This the _____ day of _____, _____.

DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER

## MANDATORY COURT APPEARANCE INFORMATION

**IMPORTANT:** You are required to appear in court. The following information contains the date and time you must appear.

| Field | Value |
|---|---|
| COURT NAME | BROWARD COUNTY COURT |
| COURT LOCATION | 201 S.E. 6TH STREET, FORT LAUDERDALE, FLORIDA 33301 |
| COURT DATE/TIME | DIRECT FILE |
| COURT PHONE | (954) 831-6565 |

Officer Notes/Instructions to Defendant: **DIRECT FILE.**

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED. IN ADDITION TO ANY CIVIL OR CRIMINAL PENALTIES IMPOSED BY THE COURT, THE ABOVE VIOLATION MAY RESULT IN ADMINISTRATIVE PENALTIES IMPOSED BY THE FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION, INCLUDING, BUT NOT LIMITED TO, FINES, LICENSE SUSPENSION, OR LICENSE REVOCATION. LICENSE SUSPENSIONS/REVOCATIONS MAY BE RECOGNIZED BY OTHER STATES.

**SIGNATURE OF DEFENDANT:** DIRECT FILE

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 03/10/2022 11:55:00 AM.****