**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL VAN NOSTRAND and
STRICTLY REPTILES, INC.,

       Defendants.

_____/

## <u>DEFENDANT MICHAEL VAN NOSTRAND'S AMENDED</u>
## <u>NOTICE OF STATE COURT MISDEMEANOR CASE</u>

       Defendant Michael Van Nostrand, by and through undersigned counsel, hereby notifies the

Court as follows:

       1.      On September 30, 2021, the government filed an Information against Mr. Van

Nostrand and his wholly owned corporation, Strictly Reptiles, Inc., charging them with a single

count of conspiracy to unlawfully sell turtles in violation of 18 U.S.C. § 371.  D.E. 1.  Mr. Van

Nostrand and Strictly Reptiles subsequently pleaded guilty to the Information, and sentencing was

scheduled for February 2, 2022.  D.E. 14.   At Defendants' request, the sentencing was recently

continued to April 19, 2022, to allow Mr. Van Nostrand to address an urgent medical issue.  D.E.

26.

       2.      Last week, Mr. Van Nostrand received by mail a Notice of Hearing issued by the

Broward County Circuit Court, advising that he is a defendant in the case styled, *State of Florida*

*v. Michael Van Nostrand* (Case No. 22001567MM10A), and that his case is set for arraignment

on March 31, 2022.   Mr. Van Nostrand had no knowledge or understanding of what the case

pertained to, as he was never arrested, nor did he ever receive (in person or by mail) a written

Notice to Appear.

3.      Mr. Van Nostrand went onto the Broward Clerk of Court website and located the

case docket and Notice to Appear (D.E. 28-1), which together reflect (i) that the case pertains to a

series of events occurring on November 9, 2021, (ii) that the Notice itself was not issued until

January 26, 2022, and (iii) that the Notice was not filed with the Court, such that no formal case

was opened, until March 10, 2022.  The Notice to Appear charges Mr. Van Nostrand with violating

Fla. Stat. § 379.4015(2)(a), a second degree misdemeanor.

4.      As we understand it, the facts relevant to this Notice to Appear are as follows:

- On September 1, 2021, Mr. Van Nostrand applied for and received from the Florida Fish and Wildlife and Conservation Commission ("Florida Fish and Wildlife") a permit to import, among other animals, one or more monitors of the species varanus ornatus, which are not identified on the State's list of conditional/prohibited species.  That permit remained valid until October 16, 2021.

- Issues with air transport caused a delay beyond October 16, 2021.  On October 18, 2021, Mr. Van Nostrand re-applied for the permit.

- Although Mr. Van Nostrand received no immediate response to his permit application, he had no reason to believe that the permit would be denied given that the previous permit, covering the exact same shipment, had been granted weeks before.

- Although no permit had issued, the shipment arrived on October 21, 2021.

- Florida Fish and Wildlife issued a letter to Mr. Van Nostrand explaining that the State issued a memorandum in April 2021 stating that it considered ornate monitors to be the equivalent of nile monitors, which are a conditional/prohibited species.  That letter did not issue, however, until October 28, 2021, after the shipment arrived.

5.      After receiving the Notice of Hearing and reviewing the online Notice to Appear,

Mr. Van Nostrand alerted his Pretrial Services Officer, who asked that he inform the government

(which he has since done) and file a notice with this Court.   In the meantime, Mr. Van Nostrand

intends to plead not guilty to and contest the charges set forth in the Notice to Appear.

 Respectfully submitted,

**MARCUS NEIMAN
RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Brandon S. Floch, Esq.
Florida Bar No. 125218
bfloch@mnrlawfirm.com

*Attorneys for Mr. Van Nostrand*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on March

23, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties

registered to receive notice in this case.

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus