# ERIC M. PACHTER, M.D.

A DIVISION OF 21ST CENTURY ONCOLOGY L.L.C.

DIPLOMATE, AMERICAN BOARD OF UROLOGY • FELLOW, AMERICAN COLLEGE OF SURGEONS

601 N. FLAMINGO RD., SUITE 402
PEMBROKE PINES, FL 33028
TEL. (954) 704-3900

1150 NORTH 35TH AVENUE, SUITE 560
HOLLYWOOD, FL 33021
TEL. (954) 964-8900

FAX: (954) 704-1424

Date: 04/08/2022

Re: Michael Van Nostrand

D.O.B.

To Whom it may concern,

My Patient Michael Van Nostrand was diagnosed with aggressive renal cell carcinoma in his left kidney on 08/07/2015. On 08/07/2015 he underwent a radical Nephrectomy. He follows up with Cat Scans every 6 months to keep an eye on the disease. In November of 2021 he had a Cat Scan that showed a suspicious mass, he had a biopsy of that mass in December of 2021 which reveled Renal Cell Carcinoma of the right kidney.

He was referred to Dr. Nenov for surgical ablation surgery, which he had at the end of February 2022. He will need to follow up every 6 months for bloodwork and Cat Scan's. Based on the patient's bloodwork he has some decrease in renal function. It is very important that he Follows his care closely as he only has the one Kidney left.

Thank you,

Eric Pachter, M.D.

## PHONE NOTE    1/26/2022 AT 2:05 PM

### MICHAEL J. VAN NOSTRAND

MRN: 2533463
DOB:              , 55 year old Male
SSN:

PRIMARY CARE: Todd J. Kazdan, DO
REFERRING:
PROVIDER:     Eric Pachter, M.D.
LOCATION:     Client -Eric M Pachter, MD - 33419

**Home Phone:**
**Cell Phone:**

**Regarding:** PROCEDURE
**Discussion Occurred With:** Patient (MICHAEL J. VAN NOSTRAND)

**Message:**
PT REFERRED TO RADIOLOGY ASSOCIATE OF HOLLYWOOD 500 N HIATUS STE 200 PEMBROKE PINES FL 33026 954 442 8346 FAX 954 437 9982 SPOKE WITH MARIA PATIENT NEEDS TO GO FOR A CT GUIDED CRYO ABLATION OF RENAL MASS . WILL FAX ALL RECORDS TO THE REF DR AND EMAIL A COPY OF THIS NOTE TO THE PATIENT AT SREPTILESMIKE@AOL.COM PATIENT WILL BE CONTACTED BY FACILITY IF THEY HAVEN'T CALLED THAN PATIENT SHOULD FOLLOW THROUGH WITH THEM .

**** Signed by mari rondon on 01/26/22 at 2:09 PM (EST)****

The information contained in this medical record document is considered private and confidential patient information. This information can only be used for the medical diagnosis and/or medical services that are being provided by the patient's selected caregivers. This information can only be distributed outside of the patient's care if the patient agrees and signs waivers of authorization for this information to be sent to an outside source or route.

**Plantation**
4373 W. Sunrise Blvd.
Plantation, FL 33313
Phone: 954-318-0551
Fax:     954-343-1855


**POM MRI**
**& IMAGING CENTERS**

**Cooper City**
11011 Sheridan St Suite 101
Cooper City, FL 33326
Phone: 954-239-7466
Fax:     954-239-7489

| | | | | |
|---|---|---|---|---|
| **Patient:** | VANNOSTRAND, MICHAEL | | **DOB:** | : 48Y |
| **Patient ID:** | A093981 | | **Accession:** | 429836 |
| **Physician:** | PACHTER, ERIC M.D. | | **Fax:** | 954-704-1424 |
| **Procedure:** | CT - Abdomen & Pelvis | 74176 | **Exam Date:** | 11/17/2015 - Cooper City |

INDICATION: The patient has a history  renal cancer and is status-post left nephrectomy.

TECHNIQUE: CT examination of the ab  omen and pelvis without oral or intravenous contrast.

5.0 mm helical images were acquired fr  n the lung bases to the below the pubic symphysis without oral contrast and without intravenous contrast. Images w  e subsequently reformatted in the sagittal and coronal projections and reviewed in soft tissue and bone algorith  1. No previous studies or reports of previous studies are available for comparison or correlation at the time of  is dictation.

FINDINGS: In limited views of the lung    ses, the heart is normal in size without pericardial effusion. On the lung windowed images in the views of the lu  1 bases provided, the lung bases are clear.

On abdominal windowed images, the liv   is normal in size and appearance. The gallbladder has a normal size and location. There is transposition of the s;  en into the left renal fossa and there is a pattern of left nephrectomy. The tail of the pancreas is also transposed into  e left renal fossa. There is parenchymal stranding in the left renal fossa. The adrenal glands are not enlarged. The p;  creas is normal in size without peripancreatic fat stranding. The fat plane surrounding the superior mesenteric art  y in the retroperitoneum posterior to the pancreas is preserved. The abdominal aorta is normal in caliber. The right kidn  y is normal in size and morphology without evidence of nephrolithiasis or hydronephrosis.

The stomach and small bowel are deco  pressed. There is gas and stool in the ascending, transverse and descending colon without CT evidence of bowel obs  uction. The appendix is air filled and normal in CT appearance. The sigmoid colon has a diverticulum without eviden  e of pericolonic fat stranding. The perirectal fat planes are preserved. The seminal vesicles have a normal CT app  arance. The prostate is not enlarged. The urinary bladder is decompressed but is otherwise normal in CT appearance.  here is no free fluid, fat stranding or free air within the pelvis. The regional musculature, fascial planes and subcut  eous fat have a normal CT appearance. On bone windowed images, no lytic or blastic bony lesion is identified.

IMPRESSION:

LEFT NEPHRECTOMY SURGICAL CH  ANGES WITH TRANSPOSITION AND A WELL HEALED ANTERIOR ABDOMINAL WALL SCAR.

THE RIGHT KIDNEY IS NORMAL IN C   APPEARANCE.

THE APPENDIX IS NORMAL IN CT AI  PEARANCE.

THERE IS NO SIGNIFICANT ADENO  THY WITHIN THE PELVIS, HIGH RETROPERITONEUM OR INGUINAL REGION IN A PATIENT WITH A HIST  RY OF RENAL CELL CANCER.



**Plantation**
4373 W. Sunrise Blvd.
Plantation, FL 33313
Phone: 954-318-0551
Fax: 954-343-1855

**POM MRI & IMAGING CENTERS**

**Cooper City**
11011 Sheridan St Suite 101
Cooper City, FL 33326
Phone: 954-239-7466
Fax: 954-239-7489

| | | | |
|---|---|---|---|
| **Patient:** | VANNOSTRAND, MICHAEL | **DOB:** | 12/19/1966 ; 48Y |
| **Patient ID:** | A093981 | **Accession:** | 429837 |
| **Physician:** | PACHTER, ERIC M.D. | **Fax:** | 954-704-1424 |
| **Procedure:** | CT - Chest / 71250 | **Exam Date:** | 11/17/2015 - Cooper City |

INDICATION: The patient has a history  renal cell cancer and left nephrectomy.

TECHNIQUE: CT examination of the th  ax without intravenous contrast:

5.0 mm axial images were obtained fror  the thoracic inlet to the adrenal glands without the administration intravenous contrast as ordered by the referring phy  cian. No previous studies are available for comparison or correlation at the time of this dictation.

FINDINGS: On the lung windowed imag  s, there is no pulmonary nodule, infiltrate or effusion. On mediastinal windowed images, there is no significant adenope  y within the axillae, hilum or mediastinum. There is no substernal extension of the thyroid. The heart is normal in size   d configuration. There are coronary artery calcifications. The thoracic aorta is normal in caliber. The adrenal glands a   not enlarged. On bone windowed images, no lytic or blastic bony lesion is identified.

IMPRESSION:

THERE IS NO SIGNIFICANT ADENOF  THY OR PULMONARY NODULE IN A PATIENT WITH A HISTORY OF RENAL CELL CANCER.

CORONARY ARTERY CALCIFICATIC  S.

Douglas Hornsby M.D.
Board Certified Radiologist
Electronically Signed on:         -20 -2015 10:45:09 : VANNOSTRAND, MICHAEL : A093981 : 429837

1/1

Van Nostrand, Michael J (MRN 0741154) Encounter Date: 07/27/2015

## Op Note signed by Eric Michael Pachter, MD at 8/19/2015 8:36 AM

Author: Eric Michael Pachter, MD    Service: Urology    Author Type: Physician
Filed: 8/19/2015 8:36 AM    Date of Service: 8/8/2015 6:34 AM    Status: Signed
Editor: Eric Michael Pachter, MD (Physician)

MEMORIAL REGIONAL HOSPITAL

| | | |
|---|---|---|
| Name: | Vannostrand, Michael John John | MRN: 0741154 |
| DOB: 5019198132 | | BN: |
| Age / Sex: | 48 / M | Admit Date: 08/07/2015 |
| Loc/Svc: | 7 N 754 01/S R | Discharge Date: |
| Report Type: OPERATIVE REPORT | | Report Status: FINAL |
| Dictated By: Eric M Pachter | | |

DATE OF OPERATION: 8/7/15

PREOPERATIVE DIAGNOSIS: Left renal mass.

POSTOPERATIVE DIAGNOSIS: Same.

PROCEDURE PERFORMED: Hand assisted laparoscopic left radical nephrectomy.

SURGEON: Dr. Eric Pachter

HISTORY: This is a 48-year-old-gentleman who was admitted with gross blood in his urine. A CT scan found him to have a 5 cm enhancing, complex renal mass. This as described to the patient. The patient comes in now for nephrectomy. The procedure was described, including the risks and complications from anesthesia, the risk of bleeding requiring transfusion, risk of infection, risk of injuries to other organs, risk of prolonged bowel recovery and prolonged hospitalization, risk of wound infections.

PROCEDURE: The patient was brought to the Operating Room and put to sleep under general anesthesia in the supine position and he was then placed in the lateral decubitus position at a 45 degree angle, left side up. He was prepped and draped in the usual sterile fashion in the abdominal area.

An approximately 6 cm incision was made in the midline just above the umbilicus. This was taken down through the subcutaneous tissues and the fascia was opened along the length of the incision. The peritoneum was identified and opened along the length of the incision

Van Nostrand, Michael J (MRN 0741154) Encounter Date: 07/27/2015

as well. A GelPort was placed. With a 12 cm port and the laparoscope, laparotomy was performed. There were some adhesions in the upper and lower quadrants from a previous gastric surgery that the patient had. We placed a 12 cm port in the lower left quadrant and used this for our laparoscope. Using a harmonic scalpel, these adhesions were carefully taken down to clear the field. I then placed a separate 12 cm port in the left upper quadrant. We used a harmonic scalpel to mobilize the left bowel by dissecting the attachments to the left side of the abdominal wall. This went up above the spleen down to the lower quadrant. I then was able to mobilize the bowel medially exposing the retroperitoneum and exposing the left kidney. I then dissected upwards from the lower pole of the kidney upwards towards the hilum. Careful dissection of the hilum identified the renal vein. I was able to separate the renal vein and identify the renal artery. Hemoclips were placed on the renal artery, three clips were placed proximally and one distally and the renal vein was identified and dissected and an Endo GIA stapler was placed across the renal vein. There was an accessory artery which was also clipped and ligated. The adrenal vein was identified, divided and ligated as well. I then used the harmonic scalpel to clear away the remaining tissue at the hilum and free up the superior pole of the kidney off of the spleen, and mobilized off the adrenal gland as well. Once the upper pole was mobilized, we mobilized the lower pole. We divided the ureter and we mobilized the kidney laterally as well. The kidney was then removed and sent to Pathology. We then irrigated the field. Careful inspection showed no bleeding, however we used Evicel to prevent any risk of bleeding. The bowel was placed in its normal position. The fascia was closed with a running double loop PDS stitch and the skin was closed using staples. A dressing was placed.

The patient was awakened from anesthesia and brought to the Recovery Room in good condition, tolerating it well.

CX: 104401; 114036; 10423 ;


Eric M Pachter

Chartscript #: 1853088
Spheris Job #:
Job #: 8543252
Transcribed By: dw
Spheris ID:   /

DD: 08/07/2015 06:03 P
DT: 08/08/2015 06:34 A

Van Nostrand, Michael J (MRN 0741154) Encounter Date: 07/27/2015

CC: Eric M Pachter
Brenda L Sanzobrino
Electronically signed by Eric Michael Pachter, MD at 8/19/2015 8:36 AM

Admission (Discharged) on 8/7/2015

Admission (Discharged) on 8/7/2015

**Care Timeline**
08/07 ○ Admitted 1055
○ HAND ASSIST LAPAROSCOPIC L T RADICAL NEPHRECTOMY
08/10 ○ Discharged 1737

Van Nostrand, Michael J (MRN 0741154) Printed by Sherry Allensworth [EL0391] at 4/8/2022 12:39 PM

**MEMORIAL HEALTHCARE SYSTEM**
**HOLLYWOOD FL, 33021**

## Patient Information

| Patient Name | Billing Number | MRN | Legal Sex | DOB |
|---|---|---|---|---|
| Van Nostrand, Michael J | 50 1199385 | 0741154 | Male | |

## Authorizing Provider Information

Name: Eric Michael Pachter, MD   Fax: 954-704-1424
Phone: 954-704-3900   Pager:

## Collection Information

Specimen ID: S15-7891
Collected: 8/7/2015
Received: 8/7/2015 5:44 PM

Other (Specify in Comment)

**Pathology transcription report**   (Order #: 146381654)

## Order Questions

8/12/2015 4:55 PM

### Narrative

```
               MEMORIAL REGIONAL HOSPITAL
               3501 JOHNSON STREET, HOLLYWOOD, FL 33021

    Name: VANNOSTRAND, MICHAEL JOHN  M 48 Accession#: S15-7891
    MR#: 0741154  Coll 08/07/15  Recvd: 08/07/15
    CC: 114036 Eric Pachter, MD;  FAX;
        SOVERA FTP;  104 38 Brenda Sanzobrino, MD
        <<END OF LIST>>


    ---------------------- -CLINICAL DATA-------------------------

    Left renal mass.
    if 8/7/15 05:52 PM



    ---------------------- ---DIAGNOSIS--------------------------

    Left radical nephrectomy
    - RENAL CELL CARCINOMA, CLEAR CELL TYPE, Furhman nuclear grade 3/4
    - Tumor measures 6.5 cm in greatest dimension
    - Tumor involves renal sinus adipose tissue and collateral branch
    of renal vein
    - Renal vein and renal artery margins of excision - Negative for
    tumor
    - Ureter - Negative for tumor
    - See staging data below

    KIDNEY:
    Pathologic Staging (pTNM:
    Primary Tumor (pT):
```

1/4

pT3a: Tumor grossly extends into the renal vein or its segmental (muscle containing) branches, or tumor invades perirenal and/or renal sinus fat but not beyond Gerotas fascia
Regional Lymph Nodes (pN):
pNX: Regional lymph nodes cannot be assessed
No nodes submitted or found
Distant Metastasis (pM):
Not applicable
Procedure:  Radical nephrectomy
Specimen Laterality:  Left
Tumor Size:  6.5 cm
Tumor Focality: Unifocal
Macroscopic Extent of Tumor:
Tumor extension into renal sinus and renal vein or its segmental [muscle containing] branches
Histologic Type:
Clear cell renal cell carcinoma
Sarcomatoid Features:  Not identified
Histologic Grade (Fuhrman Nuclear Grade):
G3, Nuclei very irregular, approximately 20 m; nucleoli large and prominent
Microscopic Tumor Extension:
Tumor extension into renal sinus
Tumor extension into major vein (renal vein or its segmental (muscle containing) branches, inferior vena cava)
Margins:
Pathologic Findings in Nonneoplastic Kidney:
Diffuse global glomerulosclerosis and interstitial fibrosis of the renal parenchyma immediately adjacent to the renal mass. The remaining renal non-neoplastic parenchyma shows mild features of acute tubular injury. No significant global and/or segmental glomerulosclerosis and no significant interstitial fibrosis.

cf 8/12/15 04:25 PM

-------------------------- GROSS DESCRIPTION--------------------------

if 8/7/15 05:52 PM
SPECIMEN(S):
Left kidney

jp/kslmw 8/10/15 01:30 P
The specimen is received in formalin, labeled with VANNOSTRAND, MICHAEL JOHN as the patient's name and left kidney as the specimen site, and consists of a 989 gram radical nephrectomy specimen consisting of a 12.0 x 6.0 x 5.8 cm kidney with attached perirenal adipose tissue measuring up to nearly 6.0 cm in thickness. Present at the hilum is a portion of ureter measuring 4.5 cm in length x 0.4 cm in diameter along with the renal vessels which are cut flush.  Present within the upper pole is a 6.5 x 4.5 x 4.5 cm yellow-tan, relatively well-circumscribed partially hemorrhagic-appearing mass.  This mass appears to bulge into the renal sinus.  The mass also appears to abut the overlying renal capsule, however, grossly appears to be confined to within the kidney in this area.  The mass is greater than 2.0 cm from the overlying superficial renal fascia.  Both the renal vein and the collecting system of the kidney appear to be free of tumor.  The mucosa of the collecting system is pale tan and smooth with no lesions seen within this area.  The remaining kidney is light pink and otherwise grossly unremarkable.  An adrenal gland is not seen within the surrounding perirenal adipose tissue.  A 0.4 cm pale

tan possible lymph node 3 identified. Partially submitted as follows: Block 1, urete al and vascular margins en face; blocks 2-5, tumor extending int renal sinus adipose tissue; blocks 6-9, additional tumor; block 0, grossly unremarkable kidney; block 11, additional ureter and re al pelvis mucosa; block 12, superficial renal fascia, perpendicu ar; block 13, one possible lymph node.

---------------------M :ROSCOPIC DESCRIPTION---------------------

All microscopic sections with this case were examined by a board-certified Patholog st, and the result(s) of each examination is/are incorporated in t ≥ final diagnosis. As a part of each specimen evaluation the athologist has assessed the quality of all stains and controls f applicable (e.g. permanent section slides, frozen sections lides, non-immunohistochemical special stains, cytology prepara ions) and has confirmed their acceptability to facilit te diagnostic interpretation, unless otherwise stated in the Lagnosis.

If a nonpathologist has erformed gross specimen analysis, their work has been supervise ind reviewed by a qualified pathologist within one business day f the completion of the full gross specimen analysis.

If applicable, the follc ing statement applies whenever any immunohistochemical staj (s) and/or in situ hybridization studies have been performed by t ≥ Memorial Healthcare System: All immunohistochemical staj (s) and/or in situ hybridization studies have adequate controls t it have been evaluated by the pathologist. This labora ory is regulated under the Clinical Laboratory Improvement F endments of 1988 (CLIA-88) as qualified to perform high complexj y clinical laboratory testing. Certain tests employed in this c 3e have been developed and their performance characterist 3s determined by the Department of Pathology of the Memoria Healthcare System. These tests have not been cleared or approvec by the U.S. Food and Drug Administration (FDA). The FDA has deter ined, however, that such clearance or approval is not necessal . Such testing is used for clinical purposes and should not ≥ regarded as investigational or for research.

(ELECTRONICALLY SIGNED)
    Pathologist: Neil Al ahams, MD
    NAA
    Result Code: 6
    GROSS EXAMINATION PE? )RMED AT: MRH
    SIGN-OUT LOCATION: ME )RIAL REGIONAL HOSPITAL
    CPT Codes: 88307

## Linked Documents
View Image

## Lab Information
Lab
MHS LAB (PATHOLOGY)
3501 Johnson St
Hollywood FL 33021

**Result flag Legend:**

Flags
- ! Abnormal
- ⊗ Critical
- ⌄ Low
- ⁓ High
- ⚐ Low Critical
- ⚑ High Critical