

March 16, 2022

To Whom it May Concern-

Mr. Michael Van Nostrand is under the care of our Interventional Radiologist, Dr. Anastas Nenov, for the treatment of his Right Renal Cell Carcinoma. He was referred to our office by his urologist, Dr. Eric Pachter. He underwent Cryoablation of the Right Renal Cell Carcinoma with Dr. Nenov on 2/28/2022 at Memorial Hospital Pembroke, with one hospital night stay that followed. He was discharged home the following day on 3/1/2022. He presented to our Interventional Radiology office on 3/9/2022 for his Cryoablation procedure follow up. His next follow up will be follow up imaging with an MRI of his kidneys to assess his procedure response, to ensure he no longer has any active right renal tumor present. This MRI will take place in September 2022. Exact date will be available once it is scheduled, closer to September. He will then need to be followed closely with follow up MRI's approximately every 6 months to 1 year, over the course of the next 10 years, to ensure that his Right Renal Cell Carcinoma does not recur. Should you require any office documentation/notes, those can be provided upon request.

Should you have any further questions, please contact our office at 954-442-8346.

Thank you-

Kristi Gernaga, MSN, APRN, FNP-BC

Kristi Gernaga, MSN, APRN, FNP-BC

Nurse Practitioner

Interventional Radiology

Radiology Associates of Hollywood, Inc.
500 N. Hiatus Rd., Suite 200, Pembroke Pines, FL 33026