Name: Michael J Van Nostrand | DOB:          | MRN: 0741154 | PCP: Todd J Kazdan, DO

# Progress Notes

Inbar Saporta, MD at 3/17/2022  4:30 PM



### Outpatient Cardiology Note
### Telehealth Visit

This encounter occurred via Telemedicine due to the restrictions of the COVID-19 pandemic.

Prior to the telehealth consult, the patient confirmed the following:
They understand that I proposed engaging in a telehealth consult.
They understand that a telehealth consultation has potential benefits, including easier access to care and the convenience of meeting from a location of their choosing.
They understand there are potential risks to this technology, including interruptions, unauthorized access, and technical difficulties.
They understand that either they or I could discontinue the telehealth consult if either of us concludes that the video conferencing connections are not adequate for the situation.

Physical location of patient: Home
Physical location of provider: MHW Ste. 255
Names of all persons participating in telemedicine encounter and their roles: Michael J Van Nostrand (patient), Inbar Saporta, MD (provider)
Total time of visit: 18 min
Total time spent in counseling and coordination of care: 16 min
Summary of counseling: As noted in assessment and plan.


**Name: Michael J Van Nostrand**
**MRN:  0741154**
**Referring Provider:** No referring provider defined for this encounter.
**Primary Care Provider:** Todd J Kazdan, DO


**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Follow-up
    *Chronic Afib*


**HPI:** Michael J Van Nostrand is a 55 y.o. male with chronic atrial fibrillation on OAC with warfarin (goal INR 2-3), hypertension, hyperlipidemia, CKD 3 (Cr 1.44/eGFR 55, follows with Dr. Weiner), s/p radical left nephrectomy (8/8/2015 by Dr. Pachter) for renal cell carcinoma s/p right kidney mass ablation (2/28/22) as demonstrated by kidney MRI (11/13/2021) who is seen for outpatient cardiac follow up.

Today, Mr. Van Nostrand is feeling well. The patient denies recent chest pain, tightness or heaviness. There is mild dyspnea on exertion. No shortness of breath at rest. No PND or orthopnea. No palpitations, dizziness or syncope. No leg edema or claudication.

The patient is not checking his BP at home regularly. Recent BP was within goal.

The patient is no exercising on a regular basis; very active at work.

Patient maintains a balanced diet. No recent changes to diet or weight.

Compliant with medications.

Most recent labs were done on 2/28/2022. Cr 1.44/eGFR 55, INR 1.1
10/22/2021. Cr 1.52/eGFR 51, INR 4.2

Married, 4 children.
Patient is an exotic animal (reptails) dealer.

Of note, patient tells me he underwent 2 DCCV in the past that did not hold. He was seen by EP but no ablation was preformed because he was rate controlled and asymptomatic.

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benzodiazepine dependence (HCC Risk Code) | |
| • Chronic a-fib (HCC Risk Code) | |
| • Hypercholesterolemia | |
| • Hypertension | |
| • Kidney carcinoma (HCC Risk Code)<br>  *NO CHEMO OR RAD* | 7/2015 |
| • Obesity | |
| • Renal cell carcinoma (HCC Risk Code) | |
| • Renal disease | |

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • cardioversion | | 2008, 2010 |
| • GASTRIC RESTRICTION SURGERY<br>  *lap-band* | | 12/2008 |
| • HAND ASSIST LAPAROSCOPIC LEFT RADICAL NEPHRECTOMY | Left | 08/07/2015 |
| • HERNIA REPAIR | | |
| • Lap Band removal | | 5/2009 |

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Diabetes | Father | |

**Social History:**
**Social History**

Tobacco Use

Smoking Status          Never Smoker
Smokeless Tobacco       Never Used

**Social History**

Substance and Sexual Activity
Alcohol Use              Yes
- Alcohol/week:          2.0 standard drinks
- Types:                 2 Cans of beer per week
  Comment: socially 1-2x/week

**Allergies:**
No Known Allergies

**Medications:**

| Medication | Instructions |
|---|---|
| rosuvastatin (CRESTOR) 40 mg tablet | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME |
| ALPRAZolam (XANAX) 1 mg tablet | Take 1 mg by mouth 3 times daily. |
| citalopram (CELEXA) 20 mg tablet | Take 40 mg by mouth once daily. |
| Temazepam (RESTORIL) 30 mg capsule | Take 30 mg by mouth nightly as needed. |
| diltiazem (CARDIZEM CD) 120 mg extended-release capsule 24 hour | TAKE 120 MG TOTAL (1 CAPSULE) BY MOUTH ONCE DAILY (Patient taking differently: Take 120 mg by mouth at bedtime.) |
| warfarin (COUMADIN) 10 mg tablet | 10 mg by mouth on Tuesdays and Fridays |
| warfarin (COUMADIN) 5 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY (Patient taking differently: 5 mg by mouth on Monday, Wednesday, Thursday, Saturday, Sunday) |
| lisinopriL (PRINIVIL,ZESTRIL) 5 mg tablet | Take 5 mg total (1 tablet) by mouth once daily (Patient taking differently: Take 10 mg by mouth at bedtime.) |

**Review of Systems:** A comprehensive 14-point review of systems obtained is negative unless specified in the HPI.

**Physical Exam:**
**Visit Vitals**
Ht     70.98" (1.803 m)
Wt     129.3 kg (285 lb)
BMI    39.77 kg/m²

GEN: NAD, pleasant
RESP: Normal respiratory effort
NEURO: AAO x3
PSYCH: Normal affect, appropriate

**Cardiology Data and Imaging:**

**ECG 10/7/2021:** Afib, HR 73bpm

**Transthoracic Echocardiogram 1/2/2019:** Reviewed in epic.

**GXT stress test 1/10/2019:** Reviewed in epic.

**Labs:** Reviewed in epic.

**Assessment & Plan:**
1. **Chronic atrial fibrillation (HCC Risk Code)**
2. Anticoagulant long-term use
3. HTN, goal below 130/80
4. Mixed hyperlipidemia
5. Stage 3a chronic kidney disease (HCC Risk Code)
6. Dietary counseling and surveillance


Michael J Van Nostrand is a 55 y.o. male with chronic atrial fibrillation on OAC with warfarin (goal INR 2-3), hypertension, hyperlipidemia, CKD 3 (Cr 1.44/eGFR 55, follows with Dr. Weiner), s/p radical left nephrectomy (8/8/2015 by Dr. Pachter) for renal cell carcinoma s/p right kidney mass ablation (2/28/22) as demonstrated by kidney MRI (11/13/2021) who is seen for outpatient cardiac follow up.

The patient reports stable cardiovascular symptoms. Blood pressure at goal. Most recent LDL is within goal. The patient is compliant with medications and diet.

Continue all current medications and observe.
Heart healthy diet and exercise were recommended.
Periodic BP monitoring at home.

CMP, lipid panel, A1c and INR prior to next office visit.

Evaluation discussed with the patient.  Patient verbalized understanding.
The patient is asked to contact us with any questions or change in clinical status.

He will follow up in clinic in 3 months or sooner if needed.

Thank you for allowing me to participate in the care of this patient. Please do not hesitate to contact me with any questions or concerns.


**Inbar Saporta, MD, FACC**
Memorial Cardiac and Vascular Institute at MHW
603 N. Flamingo Road, Suite 255
Pembroke Pines, FL 33028
Phone: 954-265-7900
Fax: 954-276-0296


*This note should not be duplicated and/or used as an H&P or any other note except as intended for outpatient cardiac follow up/consult.


# Patient Instructions

Elizabeth K at 3/17/2022  4:30 PM
**Hand Washing**
Germs such as bacteria, viruses, and parasites are found everywhere. They can be in the air and water, and they can be on surfaces like food, door handles, and your skin. Every day, your hands come into contact with germs. Many of these germs can make you and your family sick. Washing your hands is one of the easiest and most effective ways to lower your risk of getting and sharing germs.
**When should I wash my hands?**
You should wash your hands whenever you think they are dirty. You should also wash your hands:
- Before: