

GLADYS PORTER ZOO
OPERATED BY
VALLEY ZOOLOGICAL SOCIETY

April 10, 2022

Judge Kathleen Williams
United States District Court for the Southern District of Florida
United States Courthouse
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Williams,

I am contacting you today regarding Michael Van Nostrand. It is my understanding that he will be sentenced soon and I would be remiss if I failed to speak up on his behalf.

I have worked at Gladys Porter Zoo since 1976 and served for over twenty years as the curator of our herpetology department before my promotion to deputy director. I also serve on the steering committee of the IUCN Species Survival Commission's Crocodile Specialist Group.

In my capacity as a zoo curator, I never dealt with Mr. Van Nostrand or his company. However, I am also one of three co-organizers of CrocFest, a grass roots, conservation focused biannual fundraiser benefitting threatened and endangered wild crocodilians. CrocFest takes place at various locations throughout Florida and I travel there from Texas multiple times annually to plan for and conduct the event.

It was through fundraising and solicitation of sponsorships and donations for CrocFest that I met Mr. Van Nostrand. Since 2017, he has been a generous supporter of CrocFest, often attends the event, and played a hand in helping us raise over $700,000 over the past 10 years for *in situ* crocodilian research and conservation.

I sincerely hope that this information will help you as you move forward with Mr. Van Nostrand's case.

Should you need any further information, do not hesitate to contact me. I can be reached via cell at 956 453-6199, or via email at cadams@gpz.org.

Sincerely,

Colette H. Adams

500 Ringgold Street • Brownsville, Texas 78520 • Tel (956) 546-7187 • Fax (956) 541-4940
e-mail: admin@gpz.org • www.gpz.org
ACCREDITED MEMBER ASSOCIATION OF ZOOS AND AQUARIUMS

-----Original Message-----
From: Ryan Allison <ryanallison133@yahoo.com>
Sent: Thursday, January 20, 2022 2:13 PM
To: Jeffrey Marcus <jmarcus@mnrlawfirm.com>
Subject: Mike Van Nostrand sentencing letter

Dear Judge Kathleen Williams,

Hi, my name is Ryan Allison. I've known Mike my entire life as I've played baseball and soccer with his son for as long as I can remember. Mike has always done so much for me and my family. He played a huge part in shaping me as a young adult. Hes created so many memories for me, my friends, and my family, and always is finding ways to make everybody have fun. You can always see the enjoyment on his face when he sees everybody having a good time. That's truly his goal in life. He's a great father and I hope that one day I can be half the kind of father he is. I'm honored to have him as a friend and a father figure, and somebody I can always look up to and turn to if I need anything.

Sent from my iPhone

To:     Judge Kathleen Williams
        United States District Court For the Southern District of Florida

From:   Teri Balter
        3076 Perriwinkle Cir, Davie FL

Re:     Michael VanNostrand


Michael VanNostrand and I know each other through our children who played baseball together at Western High School, Davie Florida. We worked closely together on the board of the Western High School Baseball Boosters, where Mike served as president for 6 years. We had a single focus; to improve the program, facility and the most of all the experience of the players.

Mike worked tirelessly with the players and their families to instill a since of pride and honor for the program as well as a work ethic that propelled the success of the Boosters. Mike was the driving force behind the program to raise money to fund a program in a public high school where funding was limited. His dedication to the program and the community is evident through specific efforts and programs including:

- Established and ran summer and fall programs to raised money for the baseball team while providing the players additional skill training and activities.
- Coordinated efforts with other departments in the school including the agricultural department, girl's athletic teams, physical education department (weight and skills training).
- Fundraising for the baseball program that included rebuilding the baseball field as well as the softball field (note: the women's sports received no funding for improvements from the school), purchase of new equipment and uniforms and scholarship programs for players who needed financial assistance.
- Established a program with the Western High Horticulture Department to purchase gravel, sod, mulch for beautification of the baseball field, but also the entire school. Providing projects for the department as well as the materials necessary without impacting that departments budget.
- Worked with the coaches, both paid and volunteer, to give them the resources and tools needed to run a top-notch program for the players.
- Generated enthusiasm and pride in the program to ensure the experience was a "family friendly" environment.
- Set-up tutoring programs for student athletes that were struggling academically.
- Turned over the management of the Booster Club financially sound, with a reserve account to continue the development of the facility for years to come.

While demanding a lot from players and the Booster Club members, Mike was the first one at the field and the last one to leave. He led by example. He tirelessly worked and prepped the

filed for practice and games. His skills in the announcer booth demonstrated not only a knowledge of the game, but the fact he knew and cared for each of the players. If it was a field workday for the players, he worked as hard, if not harder, than anyone. He never asked more of the parent volunteers than he did of himself.

The management of the Western Baseball Boosters was a full-time job, yet Mike found the time to be involved with other travel baseball programs in the area for years. Through baseball he could be involved with his children's life from t-ball to high school. His impact in promoting successful baseball programs benefited our community and the players and families who participated. His efforts were far reaching in the community and the positive impact is still felt today.

I am aware of the charges against Mike and his plea. In speaking with Mike it is clear that he understands and owns up to his mistakes.

Thank you.

11/13/2021

Judge Kathleen Williams
United States District Court
for the Southern District of Florida

Dear Judge Kathleen Williams,

I met Mike Van Nostrand about 10 years ago. At the time I was coaching baseball at Western High School and Mike was involved with the booster club. For about five of these years Mike was the President of the booster club and I was the head coach. During this time we worked together to develop the program and provide a first class field and facility.

In most cases parents will get involved with the booster club for a year or two to make sure their kids get nice things for their last season or two of high school baseball. This will involve organizing and participating in fund raisers and going to some meetings, mostly just before and during the high school season. This was not the case for Mike.

Mike's commitment was year-round on an almost daily basis. He spent countless hours taking care of the field and facility; announcing games during the summer, fall and regular season; making sure the team got everything we needed. This meant well over a hundred kids directly benefitted from his work and had their high school experience improved immensely. Even more than that, they got a role model. They got to see how someone with their own family and their own business can give back. Without a doubt, some of those kids will give back themselves and not just wait for someone else to be the one to give back.

I think the person described above is a great person and someone that has been a great asset to the community. Additionally, Mike was very honest and contrite about his current situation. I think if anyone deserves leniency it is Mike.

Sincerely,

Paul Barnes

Judge Kathleen Williams
United States Court
Southern District of Florida

December 17, 2021

Dear Judge Kathleen Williams,

This letter comes to you on behalf of Michael Vonnostrand.

I have known Mike for an amazing 43 years.  We were kids in middle school, high school and later in life we were adults raising children.  Although I am disappointed, it does not change how much I value our friendship and the person he is.

Mike has remained a constant in my life.  As an adult, Mike spent many years coaching my son in baseball.  We were part of his family and I never thought twice about asking him for help in raising my son as a single Mom.  Mike and his wife took my son home with them when I had to work, got called out or just to hang out with his children.  He treated my son as his own and my 26-year-old son has never forgotten him and he cherishes all the memories of growing up with them.

Along with all the years of baseball (approximately 10 years), I have watched Mike give back to the Pasadena baseball community.  There were a few kids that needed assistance from gloves, shoes or rides to the park.  He never failed one of those kids. He was an amazing, caring and stern coach who all the kids loved.

In closing, I know Mike has taken accountability for his actions.  I hope that this letter gives you some insight to how my son and I see Mike.

Best regards,
Lisa Brown
Retired Hollywood Police Sergeant



February 8, 2022

Re: Michael Vannostrand

To:Judge Kathleen Williams, United States District Court for the Southern District of Florida.

I met Mike back in 2002 while coaching baseball at Pasadena Lakes Optimist, we coached together until 2011 and we are still friends today.  Mike was one of the administrators of the league and coached a couple of teams as well.  Mike volunteered a lot of his time and energy to make sure the league was running efficiently, all while making time to care for his own family and business.  Mike always had the kid's best interest at heart while preparing schedules, scheduling umpires, ordering uniforms, coordinating the parade and end of season carnival.  Mike would also provide equipment for kids with parents that might not be able to afford everything needed to play.  I know how much commitment it took to coach a team, let alone coach a team and run the league.

We all have made mistakes in our lives but taking responsibility for those mistakes defines character. Mike has acknowledged his mistake and knowing him he will surely learn from this moving forward.

Best regards,

Robert Cappello
Rob@mrahomeinspect.com
954-369-6330
State Lic# HI 20

Date: 28 January 2022

To: The Honorable Kathleen Williams

U.S. District Court for the Southern District of Florida

Sub: Michael Vannostrand

Your Honor, greetings.

I wanted to graciously give you some personal support for my friend of over 40 years, Mike Vannostrand.

I have known Mike since we met in Middle School in 1979. We have similar interests and became fast friends. We stayed friends throughout High School, and our friendship was one of trust, mutual respect and over-all getting along with everyone, we had no enemies.

A friendship that lasts to this day, even though I moved away after High School and joined the military in which I served with distinction for a decade.

Whenever I saw Mike, it was like I saw him the day before. Our families were acquaintances as well as my family owned a restaurant in town and Mike family frequented it often.

As I mentioned above, Mike had no enemies and never met a stranger. He helped numerous people and businesses and charities without any fanfare or recognition, which is how he wanted it.

Never have I met a humbler and giving human being. A perfect stranger could ask for his help and he would find a way to do so. Mike never said no in his life to a person in need.

A better Father, Husband Brother or friend you will not find, I'm honored to have known Mike, and known him for over 4 decades.

If Mike did indeed do anything irregular, he will be the first to acknowledge it and accept responsibility. But you already know that, as Mike's not one to shirk any mistakes he may have made, as nobody is perfect, and we all make mistakes. Everyone should always be given the benefit of the doubt and Mike's no exception.

If need be, I will fly down in a days' notice and give you this testimony in person. He deserves the best support and me being a man of honor I would do so happily.

FYI-I'm a Mortgage Broker for over 20 years and on numerous charitable boards and a respected and integral member of my church. My credentials are impeccable.

I can be reached via email or phone.

Regards,

Jeffrey T. Cerreta-864-616-6171

Senior Loan Officer Classic Home Mortgage Inc.

# James Futch

119 Goshawk Terrace
Winter Springs, Fl. 32708
954-275-4638

November 15, 2021

Judge Kathleen Williams
United States District Court for the
Southern District of Florida

Your Honor,

My name is Jim Futch and I am writing this "sentencing letter" on behalf of Mr. Michael
Van Nostrand.  I am a former law enforcement officer with thirty-five (35) years of
service with the City of Hollywood, Florida, Police Department and the Florida
Department of Law Enforcement.  As such, I do not take composing this letter lightly.
It is my understanding that Mr. Van Nostrand is involved in a criminal prosecution
before Your Honor and has agreed to plead guilty to the charges.

I have known Mr. Van Nostrand for approximately fifteen (15) years.  Our sons
participated on the same youth/high school baseball teams which resulted in our
coming to know each other.  During the time I have known Mr. Van Nostrand, he has
given freely of his time and resources.  He was always one of the first to step up and
volunteer for any and all tasks that were needed to be preformed on and around the
fields.  I have personally witnessed and assisted him with his volunteer work including
but not limited to the following activities;

* He freely volunteered his time as a youth coach

* He  volunteered to participate and become president of the Western High School
  baseball booster club

* He volunteered to be the announcer for both high school varsity and junior varsity
  baseball games for three (3) seasons

* He volunteered to work and cook in the concession stand while contributing some
  of his own funds to acquire needed supplies

* He Volunteered to participate in and spearhead several fundraising efforts for the team(s) as well as for the school.

* He also acted as a mentor and role model for several of the team(s) participants who were in need of guidance and mentorship.

Although my wife and I moved from the south Florida area several years ago, I have remained in contact with Mr. Van Nostrand and consider him a friend. He has always been man enough to admit when he is/was wrong and he has expressed to me how terribly remorseful he is that this incident occurred. It is my belief that Mr. Van Nostrand has learned from this event and will be an ever better person for the experience. It is my belief that his worth to his family, his community and society is far greater if he is permitted to remain within the community as opposed to being incarcerated for any amount of time.

I know it is simply my humble opinion, but I believe that the positive impact Mr. Van Nostrand has had on his family, the community and many of the youth within the community seems far greater than the negative impact his indiscretion(s) might have caused. Your Honor, I humbly ask you to take these considerations into account as you contemplate a decision pertaining to Mr. Van Nostrand's fate. Thank you in advance for your time and your consideration pertaining to the fate of Mr. Van Nostrand.

Sincerely yours,

James M. Futch

To:

Honorable Judge Kathleen Williams,
United States District Court for the Southern District of Florida

I am writing on behalf of Michael Van Nostrand. While I have known him for less than a year, I have developed a personal connection with Mr. Van Nostrand via my friendship and relationship with his son, Tyler. Over the time I have known Michael, he has welcomed me into the family and provided a supportive and caring environment, a family away from my own family whom I am unable to see often.

Over the past several months, I have witnessed Mr. Van Nostrand's exemplary character in the way he conducts himself in the community as well as the values he has taught his son. Tyler has shared stories about how Michael instilled a great sense of community and kindness in him from a young age, encouraging gatherings with friends, coaching baseball, and otherwise being an involved and supportive parent, and in Tyler I see Michael's kindness, consideration for others, and inclusiveness. Michael is one of the most hardworking people I have ever met, with a true passion for what he does. He is dedicated to providing his clients with great service while taking care of the animals in his possession, which I have witnessed from his interactions with colleagues and from the long hours he works. From our first conversation, I observed Mr. Van Nostrand's passion for the industry and how important his work is to him. Our conversations often lead to him sharing information on reptiles, what makes them and the places they come from unique, and whatever other details he has, even connecting with me over my parents' home country of Guyana through his knowledge of the animals from there.

I admire the community that Michael has built for his family and friends, and he is a pillar of positivity for those around him. One thing I have come to learn that Mr. Van Nostrand and I have in common is that we show we care through food. I admire that he treats his extended family, and often colleagues, out to dinner frequently. Through this he is able to bring everyone together to spend some quality time and provide for those who are important to him.

I work in the financial services sector, where ethics holds an important role when it comes to clients, and while I am aware Mr. Van Nostrand has made mistakes, I have also witnessed that he acknowledges these mistakes and I see the value that ethical behavior holds in his life. He conducts himself with kindness and selflessness, and his remorse for his mistakes is palpable.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the charges and Mr. Van Nostrand's plea, I believe he remains an honorable individual, and plays a crucial role in supporting his family, his employees, and his community.

Sincerely,

Raveena Ganpat

From,
Mario Garcia
4914 Havilland Drive
Mount Dora, FL 32757
352-223-4125

11/29/2021

To the Honorable Judge
Kathleen Williams,
United States District Court
For the Southern District of Florida

Dear Judge Kathleen Williams,

I am writing this letter for my friend, Michael Vannostrand. I want to bring to light the kind of person that he is despite the allegations he is facing at this time. I have known Michael for over forty years and consider him a very close personal friend.

I have been in education for twenty-seven years and over the course of those years Michael has visited my classroom many times. He has volunteered his time and his expertise to help educate my students on reptiles and the importance of wildlife preservation.

He is a trusted friend who has always been there when called upon. From the simplest task such as needing a ride somewhere, to being there for me when my father passed away.

I have watched Michael raise his kids, and can say that he has always been an involved and caring father, as well as husband. He has always worked hard to provide for his family and has always been involved in his community.

I hope you consider this character reference letter while making your final decision. Michael has many great qualities and I believe he is and will continue to be a valuable and productive member of society.

Thank you.

Sincerely,
Mario Garcia

954Judge Kathleen Williams
United States District Court for
the Southern District of Florida

Dear Judge Williams,

Please accept this letter as a character reference for Mr. Michael Vannostrand.  I first met Mike when I became the head baseball coach at Western High School in Davie, Florida.  Mike was a member of Western's Baseball Booster Club and later became its President.  Under Mike's leadership, the booster club became one of the most successful clubs in Broward County.  All the money that was raised was used to upgrade the baseball field, purchase uniforms, and help defray the expenses associated with hiring additional coaches.

Our most successful fundraising activity was our annual golf tournament.  Mike, through his many contacts, was able to secure major sponsorships as well as numerous door prizes that were raffled off to the golfers who attended the tournament.  Mike spent countless hours coordinating this event with other members of the booster club.

In addition to his golf tournament involvement, Mike was at the baseball field cutting grass or working at our concession stand.  Mike's goal was that our baseball program should have the best equipment, coaches and playing facility in Broward County.  He succeeded in accomplishing all of these goals.

It was a pleasure to work with Mike, and I have always found him to be loyal and determined.  If you have any questions, I can be reached at 954-260-2848.

Sincerely,

Sonny Hansley
Former Head Baseball Coach
Western High School

Judge Kathleen Williams
United States District Court for the
Southern District of Florida

Dear Judge Williams,

My name is Don Kealy and I'm a retired Air Traffic Controller, former Board Member of Western Area Little League, co-founder of Western Rattlers Baseball, assistant high school baseball coach and currently work as a Real Estate agent in Weston, Fl. I'm writing this letter for Michael Vannostrand, not because I was asked or think I should, but because I believe that people that give of themselves as Mike has over the years, deserve the help of others when needed.

I met Mike I believe in 2005, when I first accepted an assistant coaching position with the Western High School baseball program. The baseball field at Western High School had deteriorated over the years from lack of attention and had also been heavily damaged that year by several named storms that impacted our area. With his many connections, both through his business contacts and his many years of involvement in youth baseball in the county, Mike helped raise enough money through our yearly golf tournament to allow our school to renovate our playing facilities, without costing the county a dime, to become the envy of the county.

Mike was a member of the booster club and a father of one of our players. Some parents involved in our booster club did so to hopefully benefit their son and was evidently so for our staff to notice, but Mike never once mentioned his son gaining a benefit from his commitment, nor did he get one as his son played sparingly. Mike's commitment never wavered though and eventually he became the president of our booster club

In the two high school baseball programs I was involved in from 2001-2011, with Western H.S. being the last, I was always tasked with the upkeep of the field. In the six years I was at Western, Mike was the 'only' parent that ever offered and participated in this effort. In fact, when I left the program after the 2011 season, Mike, and not one of the next several coaching staffs, was tasked with the upkeep of the field and I might add did a great job, further showing his commitment to our youth.

I feel privileged to have met Mike and if you have any questions please feel free to contact me at 954-850-9558/donkealy@bellsouth.net.

Kind Regards,

Don Kealy

The Honorable Kathleen M. Williams
400 N Miami Ave
Room 11-3
Miami, Florida 33128

Dear Judge Williams,

I am writing on behalf of a man I have known for quite literally my whole life, approximately thirty years: Michael VanNostrand ("Mike"). At this point, I feel quite confident I can speak to his character and nature. I'm sure 99% of these letters that get addressed to you start off with "he is the nicest guy a know!" But candidly, Mike isn't the nicest guy I know. He's a loudmouth, he is blunt as they come, and he can certainly command a room. For all that, though, he does a heck of a lot of compensating and, boy, does he do it well. To sum it up: he is incredibly intelligent, outgoing, quick as a whip, hilarious, genuine, and the list goes on. More than that, though, he is arguably the most generous person I have ever had the pleasure of knowing. Everything he does, without a single doubt, he does for his family and the people around him. He is more than a backbone to so many folks in the South Florida community, as I am sure you are reading in other letters.

Unfortunately, Mike will appear before Your Honor for sentencing. At that time, there will be a lot of heavy hearts around the state (certainly including mine). On behalf of all of those who love and adore Mike, I ask Your Honor for leniency in his sentencing. While there are certainly numerous factors that Your Honor will contemplate, please know and consider his generosity and impact on the lives of those around him.

Thank you for your time,

/s/ Kaylin E. Martinelli

Judge Kathleen Williams
United States District Court
Southern District of Florida

November 9, 2021

RE:  Michael Van Nostrand

Dear Judge Williams,

My husband Chris and myself have been close friends with Michael Van Nostrand since 1984.   We all attended the same high school, and we remain close friends to this day.

Through the years we have had the opportunity to see Mike grow from being a teenager, into a wonderful father and husband.   From a young age he began running his father's business.  Mike's hard work, personality, and diligence grew this business into the successful company it is today.   He has provided jobs to the community, as well as to his family. Most of employees who are employed there have been there for several years, as Mike is a very fair boss and is good to his employees.

Mike is also a father of 4 wonderful children.  Every one of his children are an asset to the community.  They are smart, thoughtful, hardworking, well behaved, and caring.  Mike and his wife Michele played very active roles in their children's lives. They were involved with boy scouts, girl scouts, and baseball – including coaching for several years in a row.

There are many people who rely on Mike, he is a very essential part of his family & friends.


Warm Regards,

*Kolene Martinelli*

January 10, 2022

The Honorable Judge Kathleen Williams
United States District Court for the Southern District of Florida

Regarding Michael Vannostrand

Dear Judge Williams,

Thank you in advance for your time and consideration with this letter.  My name is Kim Matthews.  I am a Realtor and Mother of two.  I have lived in Broward County my entire life.  I am writing today in support of Mr. Michael Vannostrand. Mike did make me aware of the charges, his plea, and acknowledged his mistakes, but I *sincerely* hope you will take this letter into consideration when making any future decision on this matter.  I have had the pleasure of knowing Mike since approximately 2014.  Our sons were involved in the Baseball Program at Western High School at the same time.  What first started as *Parents at the same meetings*, turned into a warm and rewarding friendship.  Mike was very involved with the team, but not just as a parent.  He went *above and beyond*, contributing generously of his time to the Booster Club and the grounds, offering guidance for the Coaches, other parents and players, and was always the first to roll up his sleeves for hands on physical labor whenever needed. I am grateful that my son was part of the Team during that time.  Mike helped to create a true sense of community and family! The school, the community, many student athletes and their families *all* benefited greatly from his involvement. I am grateful to have met Mike and still know him today!

Thank you again for your time and consideration.

Sincerely,

Kim Matthews

954-444-7441

Dear Judge Williams,

My name is Mike Muley I have been a Law enforcement Officer in The State of Florida for twenty-eight years. I am currently a Sergeant with The Miami Beach Police Department. I am writing this letter on behalf of Mr. Mike Van Nostrand and his family who have been neighbors with my family and personal friends for over twenty-two years.

In 2008 Mike Van Nostrand took on the daunting challenge of being the President of Pasadena Park located in Pembroke Pines Florida. This Park is in a lower economic area and draws kids from underprivileged families. Mike Van Nostrand could have provided his personal time to a much easier park to be president of in a higher tax-based area of Broward County where the parks have community support and the teams from the park are established and fully funded. At Pasadena Mike Van Nostrand went into the community and recruited coaches like me and started up youth programs to include travel baseball that participated in the Florida Premier Baseball League that was operated by Gaspar Palmer.  In addition, to baseball he established three football teams with ages ranging from 9-13 years old that participated The American Youth Football League (A.Y.F.L.). He also started up the cheerleading teams that supported the football teams.  Mike Van Nostrand took a park that was put on the back burner of the Pembroke Pines Parks and Recreation Department with poor field conditions and lobbied the local government to invest in the neighborhood and kids and provided them something to be proud of.  Mike Van Nostrand did what many only sit back and wait for someone else to do, he vested his personal time in the youth and provided them with an opportunity to be a part of a team and not just hang out in the street. I personally saw the kids that Mr. Van Nostrand saved from the streets and gave them a chance. Several of the kids that participated in baseball and football programs at Pasadena Park went on to play high school sports and earn athletic scholarships to attend college. This opportunity was provided by Mike Van Nostrand and his drive and willing ness to work for the underprivilege kids of the community.

Mr.  Van Nostrand followed his children as they attended Western Highschool in Davie Florida. Once again, he became involved in a failing program and a lackluster booster program and took it to another level. He became the booster president raised money for the school and the athletic programs. He brought in quality coaches and established a mentoring program. Mr. Van Nostrand has devoted his adult life to betterment of the community and created opportunities for coaches like me to become involved.

Mike Van Nostrand is a good man a great husband and father and a community leader.  I ask that you take in to account all that Mr.  Van Nostrand has done before making your decision on sentencing.


Thank you for your time and consideration on this matter,

 Mike Muley

Judge Kathleen Williams,

United States District Court for the Southern District of Florida

Judge Williams,

I am writing to you on behalf of Mr. Michael Vannostrand.

I have known Mr. Vannostrand since 2001 from the Pasadena lakes Optimist Club.  From the moment I met him, he has been nothing but generous with

His time and money to the community.

I was a coach as Pasadena lakes and he always sponsored our team, even

Though none of his sons every played for us.

I also know, if he knows of a young adult needing work, Mike would always do

His best to help them find a job, even if it was a small part time job.  This man has always been so kind and generous to our community.

Thank you for your time,

Mario Perez

330 NW 99th Way

Pembroke Pines, FL 33024



# St. Bonaventure Catholic Church

**1301 S.W. 136th Avenue   Davie, Florida 33325**

www.stbonaventurechurch.com

Judge Kathleen Williams,

United States District Court for the Southern District of Florida

Honorable Judge Williams,

I am writing to you on behalf of Mr. Michael Vannostrand.

I met Mr. Vannostrand at the Pasadena Lakes Optimist Club where he volunteered many long hours.  He served on the board at our park and was always eager to jump in and tackle any project thrown his way.

I will never forget the opportunity he gave my son, Mario Perez, III when he couldn't find work, even though my son couldn't do it cause of his fear of snakes, it was the opportunity that Mr. Vannostrand gave to my son and it is still appreciated today.

I consider Mr. Vannostrand to be a very important role model for our community.  The numerous hours of volunteering and time away from his family, has not gone unnoticed.

He was also got involved at Western High School, where again, he volunteered numerous hours and was always there to lend a helping hand.

If you have any more questions, please do not hesitate to contact me.  My address is 330 NW 99th Way, Pembroke Pines, FL  33024.  Phone 954-445-6295.

Melinda Perez

Accounts Receivable Manager

| CHURCH | PARISH ADMINISTRATION | RELIGIOUS EDUCATION | SCHOOL |
|---|---|---|---|
| Tel.: 954-424-9504 | Tel.: 954-236-7981 | Tel.: 954-476-5204 | Tel.: 954-476-5200 |
| Fax: 954-424-9505 | Fax: 954-476-4336 | Fax: 954-236-7983 | Fax: 954-476-5203 |

December 21, 2021

To: Judge Kathleen Williams, United States District Court for the Southern District of Florida,

I'm writing this letter on behalf of my employer, provider and friend, Michael VanNostrand. I say I write on BEHALF of Mike, but in all honesty and without regard to my own dignity, this letter is about me. In 2008, my wife and I found ourselves with quite literally nothing left after bankruptcy. We would go at night to the alms room at the church we were involved in to eat because we were too embarrassed to go during the day. Without going into detail, we were jobless, houseless, and merely surviving. We found ourselves in North Florida because of employment (minimum wage and mentally and verbally abusive employer), and times were VERY tough for us.

This is where Mike comes into the story. He invited me to work for him, even though we were five hours away! Once a month he paid for my trip expenses and hours worked, and asked for us to move down for full time work. I'm an elevator mechanic by trade, and at that point things were turning around in the economy and there were openings back into my old trade. Mike generously aloud me to work for him full time until I went back to elevators, and then also on the weekends. He bought me food, was there for me and my wife for whatever we needed him for, and even took me to breakfast before work every Saturday morning for 5 or 6 years! He has always treated me with dignity and respect as a fellow human being, which meant a lot after coming from an abusive former employer.

I'm not as young as I was, and have recently had a back injury from rigorous elevator work. Three discs are torn, bulging, and herniated. It has so far ended my career. You can guess at this point where I work. I once again find myself working for Mike full time. I now have two beautiful daughters and a marriage of eighteen years. If it weren't for the friend I found in Mike and all that he's done for me through the years, my family would suffer. I don't say these words lightly. I'm forever grateful to him and now jump at the chance to give back in a small way by writing this letter.

I beg you for my family's sake, allow Mike to remain a free man. If he leaves this business now, there's no telling what downward direction it could take, because he runs it like the captain of a ship and knows and controls every nuance of it. Also, and finally, he is getting older as well and his health is not what it was. Captivity might incapacitate him, and my girls might suffer because of it. For the sake of two beautiful little girls - Isabella, 9 and Olivia, 4, I beg you to allow Mike to continue running his ship.


Very sincerely,


Dave Risi

# KAMURAN TEPEDELEN

5554 Jay Road Boulder, CO 80301 | 303.263.3413 | kamuran@aol.com

**December 9, 2021**

Judge Williams
United States District Court for the Southern District of Florida

Dear Judge Williams:

My relationship with Mr Mike Van Nostrand began as a professional one. I am the owner operator of Bushmaster Reptiles Inc, in Boulder, Colorado. I have been in the Reptile business for 30 years. I started my business in 1990, at about the same time as Mike was taking over Strictly Reptiles from his father. Initially our conversations were infrequent, and all business related. What began as a business relationship soon became one of friendship as we discovered we both shared a lot of the same interests outside of reptiles.

During the first few years I got to know Mike, he and his wife Michelle were raising three children - soon to add a fourth - at the same time each running their own private businesses. Through our conversations I came to understand that he was a devoted father to his 4 children, and a loyal husband to Michelle. Together they have raised smart, respectful, hard working young adults. I watched from afar as Mike coached his boys' baseball teams, and managed on a volunteer basis the Pasadena Lakes Optimist Club baseball program for 7 years. Not only did he coach his own boys, but he solicited donations from others to help provide uniforms and equipment for their teams. Mikes youngest son was involved in Boy Scouts, and he supported his daughter's love of horses, as she became an accomplished equestrian.

When my twins were born, Mike was someone I turned to as an example of an involved and supportive father. Much of my parenting style, I can attribute to watching Mike parent his children.

Christmas Eve 2007, my wife and I were invited to Mikes house for Christmas eve dinner. The house was full of his extended family, and I saw first-hand how important family was to the Van Nostrand's.

Mike's father is in the late stages of Alzheimer's, and I have witnessed his patience and kindness towards his father during what can only be described as a very difficult time each and every day.

I am aware of the charges against Mike. I understand through his plea that Mike has acknowledged his mistakes to the court and is prepared to face the consequences. As well, Mike has acknowledged the same to me on a personal level.

Sincerely,

Kamuran Tepedelen

2

3372 SW 44th Street
Fort Lauderdale, FL 33312

January 13, 2022

Honorable Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, FL 33128


To Honorable Judge Kathleen M. Williams,

I have known Michael Van Nostrand for 30 years.  I met him in 1992 when I started dating his brother, Raymond. The best way I can describe Michael is that of being a family man. I know that term can mean many things so I will further clarify.

Family man in meaning that family comes first. Everything that he does and encompasses is about his family, Immediate and extended.

Not too long before I met him, his father had made decisions that had cost the family many losses, including their family home. The business was soon to follow. Michael stepped up to take over the business his father had created and nearly lost. He took the role that his father could not fill at the time and executed it with sheer determination.

The family business was not Michael's dream. He had other plans. He was striving for a college education, wanting to obtain a degree. His goals came second to the needs of his mother and brothers, so he quickly abandoned those dreams to take care of his family.

As the years have gone by, I have seen his family grow with his devoted wife Michelle at his side. He continues to put himself second for his wife and his four children, Alexis, Tyler, Nicholas, and Cameron. They are his pride, his joy, and all that he lives for. His devotion to his family is unprecedented.

As an extended family member, there were times when hardship or trying times would come up and he was always there. It was unspoken, but understood, that if anything were to happen to Raymond, Michael would make sure that my daughters would be ok. This was a comfort that is invaluable in the heart of a mother. He gave that to me.

When my parents passed away, 11 months apart, Michael and Michelle were there. Not a man of many outings but when it really mattered, Michael was there to show his support.

When his employees got hospitalized, he would go visit and behave as if it were his own family. Because to him, his employees were just that. He would invite them frequently to family events.

Your honor, in this big lesson of life, none of us are immune to mistakes. We all make them. In the end, what truly matters is a person's character and essence. It shouldn't be defined by a broken constraint.

Michael Van Nostrand is an example of selflessness, devotion, loyalty, compassion, and strength. Through these qualities, Michael has endured and forsaken much for those he cares for.

That is the Michael I know and stand by.

Respectfully,

Joanne Van Nostrand, MSN, CRNA

Ray Van Nostrand
18525 SW 7th Street
Pembroke Pines, FL
33029

Honorable Judge Kathleen Williams
United State District Court for the Southern District of Florida
400 North Miami Avenue
Room 11-3
Miami, FL 33128

Re: Michael Van Nostrand

Dear Judge Williams:

I am writing on behalf of my younger brother Michael Van Nostrand. We grew up together and have worked together our whole lives. And even though he has made some serious mistakes, Michael is not a bad person as TWF would like you to believe but a hard-working, legitimate businessman and a dedicated family man who conducts himself with intelligence, compassion and love. We started this reptile business in the mid 80s, working seven days a week, sometimes 18 hours a day to provide for our families and our employees. Many of those employees still work for us, an indication of how fair and generously the business is conducted. Right now we have over 20 employees who depend on us. Additionally, the business is run professionally, with office staff and computerized bookkeeping, providing all employees with health insurance if they want it, sick days and paid vacation time. The business is a success, not because of ill-gotten gains, but because of hard work and persistence.

Since he was young, Mike has taken care of our entire family - his wife, his children, our mother and father, including the physical and financial well-being of our dad who has dementia and Alzheimer's, his brothers, aunts and uncles, his cousins, his niece, his friends and his employees and would do anything in his power for any of us. As examples, over the years he has provided housing for two of his employees who could not support themselves, paid for medical assistance for an employee who was horribly obese, obtained an immigration attorney for an employee whom INS was deporting, given jobs to men and women who were in dire straits financially, and purchased animals from hunters even when he didn't need them in order to help support them. He also provided assistance to Fish and Wildlife when they asked and he could, all without the expectation of something in return. Truthfully, his compassion and generosity are rarely matched.

In spite of all the hours my brother has spent conducting business, over the years Michael has managed to give consistent love, attention and support to his wife and four children, three of whom he put through college and are now college graduates. (His youngest is still in high school.) He was at almost every event that his children participated in, sometimes splitting his time between two conflicting events, attending school functions, soccer and baseball games, twirling events and parades, and karate exhibitions.

Additionally, he also devoted many years to his community. He was baseball commissioner at Pasadena Lakes for six years where he was in charge of 700 kids yearly and 100 plus coaches. He organized recreational and travel baseball schedules, kept the concession stands operational even though the city of Pembroke Pines cut funding in 2007 and he even lent the program money to keep it going, out of love for the program and the kids. Eventually he became president of the Western High School parent booster club and over six years with his connections was able to save the program money and help the program raise seven million dollars.  I can remember him spending his only time off, cutting the grass at the baseball field, coaching teams, and making sure the concession stands were filled so the kids and their parents would have food and drinks for the time they were at the field. No matter how hard he works, he is always there for his wife and children, successfully balancing his children's activities and his business. Frankly, there's not enough room here to tell you everything he's done, and everyone he's helped, all without any thought of getting something back in return.

From the day the federal government raided our business at 10 o'clock on a Thursday night, Mike has been paying the price for his mistake. The stress has consumed him and our family for the past three years. He has effectively punished himself, rarely sleeping the night through, waking up nauseated and nervous, rarely joking around or laughing, his usual self. He now has cancer again as well as a bad heart and I am afraid if he goes to prison, he will not make it out especially with the Covid virus everywhere.

Your honor, I know Michael has to pay a price, but please have mercy on my brother and our family. He is an exceptionally good man.

Thank you.

Respectfully submitted,
*Raymond E. Van Nostrand*
Raymond E. Van Nostrand