**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-CR-20495-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL VAN NOSTRAND and
STRICTLY REPTILES, INC.,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING

Defendants Michael Van Nostrand and Strictly Reptiles, Inc., by and through undersigned counsel, respectfully submit the attached letter from Sonni N. Smith in advance of their April 19, 2022 sentencing hearing.

        Respectfully submitted,

**MARCUS NEIMAN**
**RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Brandon S. Floch, Esq.
Florida Bar No. 125218
bfloch@mnrlawfirm.com

*Attorneys for Mr. Van Nostrand*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on April 18, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus

To the Honorable Judge Kathleen Williams,

My name is Sonni N. Smith and I have been employed under Michael Van Nostrand at Strictly Reptiles since November 22, 2017. Mike is a very generous, personable and patient boss. He has to be shown to be a loving husband, father, brother and son. He is extremely hard working as he is at his warehouse seven days a week. He makes sure all of his employees are taken care of. Whether it be feeding us, making sure we can take care of illness, family or personal issues, etc. Recently my mother suffered from a stroke and he has allowed me time off and even a raise. His support has allowed me to feel somewhat less stressed in the midst of this very difficult time. He has shown this level of generosity and understanding to all of his employees.

I am aware of the charges and his plea. I take this situation seriously. I will continue to be employed with Strictly Reptiles as a way to help Mike after this sentencing.

Thank you for your time and consideration.

Sincerely,

Sonni N. Smith